UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-60242-CR-SINGHAL

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TSVIA KOL,

      Defendant.

_____/

## DEFENDANT KOL'S REPLY TO GOVERNMENT'S RESPONSE (DE 24) TO DEFENDANT'S MOTION TO REOPEN DETENTION HEARING AND SET REASONABLE BOND (DE 23)

COMES NOW, the Defendant, TSVIA KOL, by and through her undersigned counsel, Jason W. Kreiss, Esq., and pursuant to 18 U.S.C. § 3142(f) hereby files this reply to the Government's Response to Defendant's Motion to Reopen the Detention Hearing and Set a Reasonable bond (DE 24).

1. In the government's response to the Defendant's Motion to Reopen the Detention Hearing and Set a Reasonable Bond (DE 23), the government concedes that it's representation and the Court's understanding of whether the defendant would be subject to extradition from Israel in the instant case was incorrect.

2. According to the bilateral extradition treaty and the Protocol Amending the Convention between the United States of America and Israel of December 10, 1962, the instant offense is currently extraditable. The defendant

takes issue with the government's insinuation that the mistaken belief that the instant offense was not extraditable did not have a *material bearing* on the Court's decision to detain the defendant. Although the Court expressed other areas of concern, the inability to extradite the defendant from Israel appeared to be a principal basis for detention, along with other concerns that have since been mitigated based on the defendant's continued detention since December 2, 2022.

3.      The Court's concern regarding the defendant's "lack of judgment" and "dependency on methamphetamine" has been significantly diminished as she has been "drug free" since her arrest on December 2, 2022.

4.      To address the issue of a potential relapse, Ms. Kol is amenable to a substance abuse evaluation and any recommended treatment while on pretrial release.

5.      To address the remaining concern regarding risk of flight, the Court could impose special conditions of home confinement and electronic monitoring.

6.      If Ms. Kol was released on bond, she would be emotionally and financially supported by her mother and other family in the SDFL.

WHEREFORE, based on the aforementioned facts and circumstances, it is respectfully requested that the Court set this matter for a hearing on the Defendant's Motion to Reopen the Detention Hearing and Set Reasonable Bond.

Respectfully Submitted:

By:   *Jason W. Kreiss*
Jason W. Kreiss, Esquire
Attorney for Defendant Kol
FBN: 87912

The Kreiss Law Firm
1824 SE 4th Ave
Fort Lauderdale, Florida 33316
Tel. 954-525-1971
Fax 954-525-1978
jwk@kreisslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th  day of March, 2023, I filed a copy of this motion with the Clerk of the Court via the CM/ ECF system and all parties of record.

/s/ *Jason W. Kreiss*
JASON W. KREISS, ESQ