UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CR-60242-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TSVIA KOL,

    Defendant.
_____/

NOTICE OF WITHDRAWAL OF MOTION TO REOPEN
DETENTION HEARING AND SET BOND

COMES NOW, the Defendant, TSVIA KOL, by and through her undersigned counsel, Jason W. Kreiss, Esq., and hereby withdraws her motion to reopen the detention hearing and set bond. Furthermore, the defendant requests the hearing in this matter be deleted from the Court's docket on March 23, 2023.

Respectfully Submitted:

By: *Jason W. Kreiss*
Jason W. Kreiss, Esquire
Attorney for Defendant Kol
FBN: 87912

The Kreiss Law Firm
1824 SE 4th Ave
Fort Lauderdale, Florida 33316
Tel. 954-525-1971
Fax 954-525-1978
jwk@kreisslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March 2023, a copy of this notice was filed with the Clerk of the Court via the CM/ECF system and all parties of record.

/s/ *Jason W. Kreiss*
JASON W. KREISS, ESQ