UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-60242-SINGHAL

UNITED STATES OF AMERICA,)
                         )
        Plaintiff,       )
                         )
     -v-                 )
                         )
TSVIA KOL,               )
                         )
        Defendant.       )   Fort Lauderdale, Florida
                         )   May 2, 2024
_____)   10:16 a.m.


TRANSCRIPT OF SENTENCING PROCEEDINGS

BEFORE THE HONORABLE RAAG SINGHAL

U.S. DISTRICT JUDGE


Appearances:

For the Government:          ALEXANDRA COMOLLI
                             Assistant United States Attorney
                             99 NE 4th Street
                             Miami, Florida  33132




Reporter:                    Karl Shires, RMR, FCRR
(954) 769-5496               Official Court Reporter
                             299 East Broward Boulevard, # 203G
                             Fort Lauderdale, Florida  3330

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

Appearances (continued):

For the Defendant:                  JASON KREISS, ESQ.
                                    1824 SE 4th Avenue
                                    Fort Lauderdale, Florida  33316
                                             -and-
                                    SCHWARTZREICH & ASSOCIATES
                                    ERIC SCHWARTZREICH, ESQ.
                                    208 SE 6th Street
                                    Fort Lauderdale, FL  33301
                                             -and-
                                    BARET LAW GROUP
                                    ELAN BARET, ESQ.
                                    3999 Sheridan Street
                                    Hollywood, FL  33021
                                             -and-
                                    WALK FREE LAW
                                    ALANA YAKOVLEV, ESQ.
                                    2131 Hollywood Boulevard, Suite 205
                                    Hollywood, FL  33020

(Call to Order of the Court.)

THE COURT:  Okay.  We are here today for a sentencing hearing on United States of America versus Tsvia Kol.

Let me begin with appearances, first for the government.

MS. COMOLLI:  Good morning, Your Honor.  Ally Comolli on behalf of the United States.

THE COURT:  Good to see you again.

MS. COMOLLI:  Good to see you, too.

MR. KREISS:  Good morning, Your Honor.  Jason Kreiss on behalf of Tvsia Kol, who's seated to my right.  And I'll let my co-counsel put their appearances on as well.

THE COURT:  Sure.

MR. SCHWARTZREICH:  Good morning, Judge.  Eric Schwartzreich representing Tsavi Kol.

MR. BARET:  Good morning, Your Honor.  Elan Baret on behalf of Tsavi Kol.

MS. YAKOVLEV:  Good morning, Your Honor.  Alana Yakovlev on behalf of Ms. Kol.

THE COURT:  Nice to see you all.  Good morning.

Ms. Kol, what we're here to do today is talk about your case for sentencing purposes.  What that means is typically we're going to have conversations with the lawyers in your presence about your case, your background, and try to arrive at a fair and appropriate sentence.

During the course of that hearing, though, there will be a time where, if you wish, you'll be able to make a statement to me also.

But as we go through the hearing, if there are things that you need to speak with your lawyers about, you don't need to ask my permission. I would suggest, just based on the seating, that you speak to Mr. Kreiss or Mr. Schwartzreich. I don't think the marshals are going to want you to get up and walk over to your other lawyers. But you should absolutely consult with them so that the hearing basically is a presentation of everything that you want to be heard. Okay?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right. So then, Ms. Comolli, Mr. Kreiss, if you don't mind, I'm just going to refer to you as opposed to everybody individually by name. But what I want to go through is what I have here in front of me to begin with.

MS. COMOLLI: Your Honor, before we get started, the parties would like a brief sidebar with Your Honor.

THE COURT: Sure. Come on up. And you want it on the record?

MS. COMOLLI: We would ask for it to be sealed, Your Honor.

THE COURT: So take it down but sealed.

MS. COMOLLI: Yes.

(Sealed sidebar under separate cover.)

(The following proceedings were held in open court:)

THE COURT:  Okay, everyone.  Before we keep going forward, Mr. Kreiss, why don't you take a few minutes with the family and then we'll begin.

Okay, everyone.  Appreciate the sidebar.  What we'll do is we'll seal that portion of the sentencing transcript.  If there are any other matters that come up, you let me know.  Typically, though, anything that's out in the open -- it's an open courtroom -- I can't really seal that.  So to the extent we need a further sidebar, just let me know.  I don't think we'll need that, though.

Let me tell you what I have up here in front of me just so I make sure that I've got all of the documents you want me to have.  I do have, of course, the indictment, the factual proffer, and plea agreement.  I have the very well-done presentence investigation report and the addendum to that report in this case.  I have objections to the presentence investigation report at docket entry 50 by the United States and docket entry 59 by the defense.  I have at docket entry 56, under seal, some forensic information.  And just looking at CM/ECF, Mr. Kreiss, I know that you had a sentencing memorandum with you up here, but that's something that you haven't failed?

MR. KREISS:  That's correct, Your Honor.

THE COURT:  Okay.  Got it.

Anything then, Ms. Comolli, other than what I have

announced that you think I should have in consideration of this case?

MS. COMOLLI:  No, Your Honor.  Thank you.

THE COURT:  And how about you, Mr. Kreiss?  Anything else that I failed to mention?  I have the whole docket up and I can pull it.

MR. KREISS:  Nothing -- no further documents.

THE COURT:  All right.  Great.

Now, Ms. Kol, the main document that we all utilize to arrive at a fair and appropriate sentence is called the presentence investigation report.  This report is, in essence, a background investigation of you as it relates to this case.  So it has the circumstances of the case, but it also has the circumstances of your background.  It's about 25 pages in length.  It has a coversheet that has your name, Ms. Comolli's name, Mr. Kreiss's name, and my name on it, as well as Ms. Hill's name.  She's the one who prepared this document.

Did you have an opportunity to carefully read and review this and go over it with your lawyers?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Do you need any more time to go through this document with them?

THE DEFENDANT:  No, Your Honor.

THE COURT:  And I think that Mr. Kreiss is going to do the lion's share of the speaking here today for the defense.

You've spoken with him about the arguments that you would like to have made here today?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  And now, Ms. Kol, I do want you to promise me that if during the hearing you don't feel well or you need a break or you need to discuss anything with your lawyer that requires some time, you'll let me know.  Okay?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  All right.  So with regard to the presentence investigation report, Ms. Comolli, it's a little bit difficult based on the objections as filed, but I do need to go through them so that going forward we're all on the same page.

Do you have what you would consider to be any unresolved objections, additions, deletions or corrections to the presentence investigation report?

MS. COMOLLI:  Nothing other than what I filed, Your Honor.

THE COURT:  Okay.  And with regard to the offense level computation as initially written by probation, what I'm showing was a base offense level of 36, four levels of increase; paragraph 33 is dangerous weapon, plus two; paragraph 34 is manufacturing or distributing a controlled substance, plus two, but then three levels of decrease, which gets us to a level 37, criminal history category I.  That would be a 210 to

262 month range.  However, it seems that you and Mr. Kreiss have agreed that paragraph 33, the dangerous weapon, should not apply; is that correct?

MS. COMOLLI:  Your Honor, for the reasons cited in the government's objection, the government is not seeking that enhancement and we just stand on the papers for that.

THE COURT:  All right.  Your papers advocate for a total offense level of 33, which would be 135 to 168 months in terms of a range.  Mr. Kreiss's papers, when I get to him in just a moment, advocate for a level 31, which would be 108 to 135 months.

But before I move over to him, you want me to leave your table with a level 33 and a 135 to 168 range?

I think the difference is he's going to ask for two further levels of reduction as zero point offender.  That's where the other two levels come from.

MS. COMOLLI:  I see, Your Honor.

MR. KREISS:  Correct, Your Honor.

MS. COMOLLI:  We'll defer to the Court as to 4C1.1.

THE COURT:  Okay.  Got it.

Going over to you then, Mr. Kreiss.  Any unresolved objections, additions, deletions, corrections to the presentence investigation report?

I'm going to you now not with a level 37, criminal history category I, but a level 33, criminal history category

I.  And this is based on the -- not just the objections, but the agreements that you all arrived at in formulating the plea agreement.

MR. KREISS:  Your Honor, if the Court is ratifying the agreement of the parties and granting the government's objection, the only outstanding issue is the additional two-level reduction that we were seeking, which is applicable in this situation under 4C1.1 for zero point offenders, which went into affect February of 2024.

And based upon the objections and the Court ratifying the -- the Court granting the objections, Ms. Kol then becomes eligible for the additional two levels as a zero point offender as she's had absolutely no criminal history prior to this case and doesn't fall within any of the exceptions.

THE COURT:  Okay.  So you've kind of hit upon the question I was going to ask you.  I mean, certainly she's a zero point offender.  I'm showing that her only previous contact formally with the criminal system was a petty theft almost ten years ago.  But what about the exceptions?  You feel that --

MR. KREISS:  She does not qualify for the exceptions, and I believe the government's on the same page.

THE COURT:  And then, Ms. Comolli, do you want to be heard as to that?

MS. COMOLLI:  No, Your Honor.  We defer to the Court.

THE COURT:  All right.  So then what we'll do is we'll go ahead and decrease it by two more levels to 31, criminal history category I.  That will put us in a range of 108 to 135 months.

Ms. Hill, I know that's going to require some amendments to the presentence investigation report, not just in the offense level computation but in a number of other paragraphs.  So if you -- you have the authority to please take care of whatever you have to.

THE PROBATION OFFICER:  Okay.

THE COURT:  Thank you.

And then, Mr. Kreiss, anything else in terms of objections or factual issues or anything else with the presentence investigation report that you want me to consider?

MR. KREISS:  No, no further legal or factual objections in reference to the PSR, Your Honor.

THE COURT:  Okay.  All right.  Then Ms. Comolli, let me -- well, before I do that.

So Ms. Kol, we just went through a lot of numbers.  When you pled guilty, you were advised that you were looking at a sentence of up to life in prison with a ten-year mandatory.  When you came in, you were looking at a sentencing range of 210 to 262 months.  And so just roughly that's about 18 to 22 years.  Based on a number of issues that your lawyers and the lawyers for the government have investigated and presented to

me, you're now in a sentencing range of 108 to 135 months.

Do you understand all of that?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right. Then Ms. Comolli, what do you think would be a fair sentence on this particular case?

MS. COMOLLI: Judge, this is a tough case. As for the 3553(a) factors and first turning to (a)(1), the nature and circumstances of the offense here are very serious both due to the type of criminal activity, a meth distribution conspiracy, and the high volume of weight involved here. And this is some relatively serious weight. And the government takes that very, very seriously. The affects of narcotics here, which are primarily meth, that this defendant and her coconspirators intended to flood our South Florida community with is important to take into consideration here.

In considering the other half of (a)(1), though, Your Honor, the history and characteristics of the defendant, Judge, the United States recognizes that this defendant prior to this offense had not spent a day in prison. She has a single criminal history point, as Your Honor calculated, and had one prior arrest from well over a decade ago. These are her personal characteristics for this case.

And this actually factored into the government's recommendation under (a)(6) as well, the need to avoid unwarranted sentence disparities among defendants with similar

records who have been found guilty of similar conducts.

And based on her safety valve, this amount of time, again nine years, Your Honor, is what we're asking for here, 108 months, would avoid a potential sentencing disparity with similarly-situated defendants.  And nine years is a substantial amount of time for someone who's never been to prison before.

But as for (2)(b), as I mentioned, nine years is a substantial amount of time, and it would certainly serve as a solid deterrent to those who would consider engaging in this type of activity.

It would also certainly serve to protect the public from further crimes of the defendant, pursuant to (2)(c), as she'll be locked up for a significant time which will also provide substantial time for this defendant to have an opportunity to receive drug treatment and get clean, as is part of the consideration under (2)(d).

And finally, Judge, we turn to (2)(a) here.  As I mentioned, that is a very serious offense.  As I mentioned, we're talking about some substantial weight here.  No question.  This type of conduct and crime demonstrates a clear disrespect for the law.  It's one of the most simple laws to follow: Don't help distribute drugs.

But here's the thing, Judge.  When -- and this is where balancing just punishment comes in.  She immediately admitted it in this case, provided consent to search her phone

in the apartment, and that's where law enforcement found more drugs.  And then she cooperated for a while.  And yes, of course, that later fell apart when she voluntarily admitted to picking up 15 pounds of meth.  She's the one who came to law enforcement about that pickup.

And the government recognizes she has no criminal history.  But the law here certainly demands respect.  Of course.  Always.  And that's why she's facing nine years, Judge, because this is serious time for this defendant in these circumstances of this case for the conduct committed between August and November of 2020.

And for those reasons in this case in which the defendant has pleaded guilty, previously provided consent to search her phones in her mother's apartment in which she was living with her boyfriend, previously cooperated with law enforcement for some time before that relationship ended, and has no criminal history points, and based on the 3553(a) factors, the government recommends a sentence of 108 months' imprisonment.  Nine years is sufficient but not greater than necessary to comply with the purposes set forth in 3553(a).

THE COURT:  Okay.  Thank you, Ms. Comolli.  Appreciate that.

Mr. Kreiss.

MR. KREISS:  Your Honor, we would also ask the Court to impose a sentence of 108 months pursuant to the 3553(a)(1)

through (6) factors.  A sentence of 108 months is reasonable but not greater than necessary to comply with the purposes of sentencing.

Again, this is somewhat of a different situation, and I would have prepared -- I would have filed the significant memorandum that I have.  But based upon the nature of this particular situation, the government's position, if the Court is considering ratifying the agreement of the parties, I don't have any further argument.

And I've also explained to Ms. Kol's family, who's been extremely involved with all of us, the counsel in this case -- we have regular communications.  We've explained to them throughout this process how things were going to work. We've explained to them again this morning and, again, maybe in a current scenario we would have had them testify, but the family members all acknowledge and understand what we're doing here this afternoon, and also we've explained it to Ms. Kol who also understands the abbreviated arguments.

So based upon all of those factors and the totality of the circumstances, we would ask the Court to impose a sentence of 108 months.

THE COURT:  Okay.  Mr. Kreiss, thank you.

Ms. Kol, obviously, has the right and the opportunity to say anything if she would like to.  I don't know if you two want to take a moment to discuss that.  She absolutely doesn't

have to, but whatever you want to do.

MR. KREISS:  And we have talked about that, Your Honor, and Ms. Kol understands she has the absolute right to allocute in front of the Court, and she's asked me, just on her behalf -- she's very nervous this morning, and has just asked me to express her remorse, concern, and her acceptance of responsibility for her actions.  She blames no one for her actions but herself.  And as the government said, she took responsibility for those actions early on, and she's just asking the Court for mercy in this situation.

THE COURT:  Okay.  Thank you.

So then based on that, nothing else from either side?

And Ms. Hill, you didn't have anything to add?

THE PROBATION OFFICER:  No, Your Honor.

MS. COMOLLI:  Your Honor --

THE COURT:  Yes.

MS. COMOLLI:  I apologize, Your Honor.  I would just ask that you confirm with the defendant directly that she does not want to allocute, please.

THE COURT:  Sure.  I do need to swear her in in order to do that.

Ms. Kol, if you can, just the best you can, raise your right hand for me.

(The Defendant was duly sworn.)

THE COURT:  And could you just tell me your name?

THE DEFENDANT:  My name is Tsvia Kol.

THE COURT:  Put your hand down.

So, you know, you have the right to make a statement here.  You don't have to.  It's completely up to you.  It's a little bit different than a trial.  You don't have the presumption of innocence anymore.

So with regard to that, have you talked to Mr. Kreiss about whether you want to say anything to me?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  And is it your decision to go ahead and not say anything further than what he said here today?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Okay.  All right.  Ms. Comolli, is that satisfactory for the government?

MS. COMOLLI:  Yes, Your Honor.  Thank you.

THE COURT:  Sure.

Okay.  Well, listen, I appreciate all of the obvious hard work that went into the preparation of this case by you lawyers.

On its face -- let's just kind of talk about where Ms. Kol started.  She came in with three counts, each punishable by up to life in prison, each with a ten-year mandatory term.  And through all of the hard work that's been done, she resolved the case to Counts 1 and 3.  So in a few moments the government will seek dismissal of Count 2 once

sentencing is over.

Okay.  Then beyond that, she came in scoring 210 to 262 months.  And again, based on the hard work of all you lawyers on both sides, she ends up in a sentencing range of 108 to 135 months.

Ms. Comolli, you're exactly correct.  There's a lot of weight involved here, particularly when you look at converted drug weights in paragraph 32 of the presentence investigation report.

And I will tell you, the Court's also concerned with what's in paragraphs 17 and 22 of the presentence investigation report.  No need for me to read that into the record.  I think as long as you lawyers know what's concerning the Court and, Mr. Kreiss, you go other that with Ms. Kol, I mean, that's sufficient.

But on cases that are this significant it's rare, in my experience at least, that the lawyers come in with an agreement in terms of what a sentence recommendation ought to be.  And I think a lot of that is governed by the fact that there was so much work that went into arriving at that sentencing recommendation and reducing it from where we started.

So having considered the statements of the parties and the presentence report and having reviewed the advisory guidelines and each of the statutory factors as set forth in

18 United States Code § 3553(a), I will impose a sentence within and at the low end of the advisory guideline range as calculated here today.  I'm going to make a finding that that sentence will provide sufficient punishment and deterrence.

I'm going to find that Ms. Kol is not able to pay a fine based on everything that I've seen in the papers.

It's the judgment of the Court that this defendant, Tsvia Kol, be committed to the Bureau of Prisons to be imprisoned for 108 months.  That sentence is 108 months as to each of Counts 1 and 3, to be served concurrently.

Upon release from imprisonment, she will be placed on supervised release for a term of five years.  That term consists of five years each as to Counts 1 and 3, also to run concurrently.

Within 72 hours of release from the Bureau of Prisons custody, she'll report in person to the probation office in the district where she's released.

And while on supervision, she must comply with the mandatory and standard conditions of supervision.  Those are all referenced in Part F of the presentence report, specifically paragraphs 104 through 127.  And those paragraphs will be incorporated into this sentencing order by reference.

She also must comply with the following special conditions:  She must surrender Immigration for removal after imprisonment.  She must cooperate with Immigration during any

removal proceedings.  She must seek mental health treatment, substance abuse treatment, and cooperate with permissible search and unpaid restitution fines or special assessments, all noted in Part F of the presentence report.

I do have to order the immediate payment to the United States of $200, which is the $100 special assessment as to Counts 1 and 3.

So the total sentence then becomes 108 months' imprisonment, five years' supervised release, and a $200 special assessment.

Consistent with the plea agreement, I'll order forfeiture of the defendant's right, title, and interest in property.

And I would ask, Ms. Comolli, if there is anything to forfeit, that you provide a forfeiture order to the Court within a week.

MS. COMOLLI:  Of course, Your Honor.

THE COURT:  Mr. Kreiss, now that sentence has been imposed, do either you or your client object to the Court's finding of fact or the manner in which sentence was pronounced?

MR. KREISS:  No objection, Your Honor.

THE COURT:  Now, Ms. Kol, by law you do have the right to appeal the sentence imposed, as does anyone who is sentenced.  If you choose to take an appeal, you must file that notice of appeal within 14 days of the entry of judgment.

20

That's a bright-line rule.  If you file it on the fifteenth day, it's too late and you can't get it back.

If you choose to take an appeal and you can't afford one, you may apply for leave to appeal in forma pauperis, which means at low cost to you.

I would certainly advise you to be in this close touch with Mr. Kreiss, Mr. Schwartzreich, your whole team of lawyers who have done a fantastic job for you here today.

With regard to Count 2, Ms. Comolli, do you want to make an announcement on that?

MS. COMOLLI:  Yes, Your Honor.  At this time the government would dismiss the remaining count of the indictment.

THE COURT:  And anything else from the government?

MS. COMOLLI:  Nothing from the government, Your Honor.  Thank you.

THE COURT:  How about you, Mr. Kreiss?  Anything else from your side on this case; placement, anything like that?

MR. KREISS:  Just a recommendation to BOP, your Honor.  We'd ask for a facility as close to South Florida as possible to aid in family visitation.  I don't know if the Court would enter a specific location.  If the Court's practice is to do that, we would ask for Tallahassee.  I think that's the closest facility under these circumstances because of Ms. Kol's immigration status.

THE COURT:  So I do a lot of recommendations to as

close to South Florida as possible, but very few to specifically Tallahassee.  So it may -- it would be the first one that I've done specifically to Tallahassee.  So it may have more affect, if that's really where you want her.

MR. KREISS:  Sure.  If the Court would phrase it as, as close to South Florida as possible for family visitation.

THE COURT:  Preference Tallahassee.

MR. KREISS:  Preference Tallahassee.

THE COURT:  Ms. Comolli, any objection to that request?

MS. COMOLLI:  No, Your Honor.

THE COURT:  Okay.  We'll go ahead and do that.

MR. KREISS:  That would be great.

And I know the Court's already mentioned this when we were talking about objections, but we would ask specifically that paragraph 33 be deleted from the presentence investigation report because that will affect BOP's placement.  And any other reference to the dangerous weapon that is throughout the PSR, as the Court has granted the objection, just so that when BOP does their metrics for security, it would not affect it adversely.

THE COURT:  Okay.  So I don't have a problem deleting paragraph 33 because that is really what the objection was about and I sustained that objection based on what everyone told me.

I don't know that I can just delete any reference to the firearm.  For example, in paragraph 17 it reads, Kol stated that her current boyfriend was at the residence and there was a personal handgun there as well.  I don't think that's inaccurate.

When you think about it, my remembrance of the case is that there was a gun there that was unloaded and there were no bullets.  It was on a table.  But in terms it have tying it to your client, that was --

MR. KREISS:  Correct, and I think maybe deleting paragraph 33 will suffice.

THE COURT:  Sure.  I just think that's the best --

MR. KREISS:  Understood.

THE COURT:  -- we can do because going forward there may be little mentions in different places and --

MR. KREISS:  Sure.

THE COURT:  If you, going through it, see something that's an issue, just file like a two-sentence motion, let Ms. Comolli look at it.  If she has an objection, I'll look at it.  But that's just an example.  I don't think 17's inaccurate, and so I don't --

MR. KREISS:  Understood.

THE COURT:  Okay.  Anything else?

MR. KREISS:  Nothing further, Your Honor.

THE COURT:  Great.  Then I wish you all the best of

luck.  I really do appreciate all the hard work that went into this, and it was nice seeing everyone.

MS. COMOLLI:  Thank you.

MR. KREISS:  Thank you.

THE COURT:  Take care.

MR. SCHWARTZREICH:  Thank you, Judge.

(Proceedings concluded at 10:54 a.m.)


C E R T I F I C A T E

I, Karl Shires, Registered Merit Reporter and Federal Certified Realtime Reporter, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated this 30th day of July, 2024.


_____
Karl Shires, RMR FCRR

MR. BARET: [1] 3/16
MR. KREISS: [20] 3/10 5/23 6/7 8/18 9/4 9/21 10/15 13/24 15/2 19/21 20/18 21/5 21/8 21/13 22/10 22/13 22/16 22/22 22/24 23/4
MR. SCHWARTZREICH: [2] 3/14 23/6
MS. COMOLLI: [20] 3/6 3/9 4/17 4/21 4/24 6/3 7/17 8/4 8/17 8/19 9/25 11/6 15/15 15/17 16/15 19/17 20/11 20/14 21/11 23/3
MS. YAKOVLEV: [1] 3/18
THE COURT: [49]
THE DEFENDANT: [9] 4/12 6/20 6/23 7/3 7/8 11/3 16/1 16/9 16/12
THE PROBATION OFFICER: [2] 10/10 15/14

**$**

$100 [1] 19/6
$200 [2] 19/6 19/9

**-**

-and [3] 2/3 2/6 2/8
-v [1] 1/6

**1**

104 [1] 18/21
108 [11] 8/10 10/3 11/1 12/4 13/18 13/25 14/1 14/21 18/9 18/9 19/8
108 to [1] 17/5
10:16 [1] 1/9
10:54 [1] 23/7
127 [1] 18/21
135 [4] 8/8 8/11 8/13 17/5
135 months [2] 10/4 11/1
14 [1] 19/25
15 pounds [1] 13/4
168 [2] 8/8 8/13
17 [2] 17/11 22/2
17's [1] 22/20
18 [1] 10/23
18 United [1] 18/1
1824 [1] 2/2

**2**

2020 [1] 13/11
2024 [3] 1/8 9/9 23/14
2030 [1] 23/14
205 [1] 2/10
208 [1] 2/5
210 [2] 10/22 17/2
210 to [1] 7/25
2131 [1] 2/10
22 [2] 10/23 17/11
22-CR-60242-SINGHAL [1] 1/2
25 [1] 6/14
262 [3] 8/1 10/23 17/3
299 [1] 1/24

**3**

30th [1] 23/14
31 [2] 8/10 10/2
32 [1] 17/8
33 [8] 7/22 8/2 8/8 8/13 8/25 21/16 21/23 22/11
33020 [1] 2/10
33021 [1] 2/8
33132 [1] 1/19
3330 [1] 1/24
33301 [1] 2/5
33316 [1] 2/3
34 [1] 7/23
3553 [5] 11/7 13/17 13/20 13/25 18/1
36 [1] 7/21
37 [2] 7/25 8/24
3999 [1] 2/7

**4**

4C1.1 [2] 8/19 9/8
4th [2] 1/18 2/2

**5**

50 [1] 5/18
5496 [1] 1/23
56 [1] 5/19
59 [1] 5/19

**6**

6th [1] 2/5

**7**

72 [1] 18/15
769-5496 [1] 1/23

**9**

954 [1] 1/23
99 [1] 1/18

**A**

a.m [2] 1/9 23/7
abbreviated [1] 14/18
able [2] 4/2 18/5
above-entitled [1] 23/13
absolute [1] 15/3
absolutely [3] 4/9
abuse [1] 19/2
acceptance [1] 15/6
acknowledge [1] 14/16
actions [3] 15/7 15/8 15/9
activity [2] 11/9 12/10
add [1] 15/13
addendum [1] 5/16
additional [2] 9/6 9/12
additions [2] 7/15 8/22
admitted [2] 12/25 13/3
adversely [1] 21/21
advise [1] 20/6
advised [1] 10/20
advisory [2] 17/24 18/2
advocate [2] 8/7 8/10
affect [4] 9/9 21/4 21/17 21/20
afford [1] 20/3
afternoon [1] 14/17
ago [2] 9/19 11/21
agreed [1] 8/2
agreement [6] 5/15 9/3 9/5 14/8 17/18 19/11
agreements [1] 9/2
ahead [3] 10/2 16/10 21/12
aid [1] 20/20
ALANA [2] 2/9 3/18
ALEXANDRA [1] 1/17
allocute [2] 15/4 15/19
Ally [1] 3/6
amendments [1] 10/6
AMERICA [2] 1/4 3/3
amount [3] 12/2 12/6 12/8
announced [1] 6/1
announcement [1] 20/10
anymore [1] 16/6
apart [1] 13/3
apartment [2] 13/1 13/14
apologize [1] 15/17
appeal [5] 19/23 19/24 19/25 20/3 20/4
appearances [4] 1/16 2/1 3/4 3/12
applicable [1] 9/7
apply [2] 8/3 20/4
appreciate [4] 5/5 13/21 16/17 23/1
appropriate [2] 3/25

abuse argument [1] 14/9
arguments [2] 7/1 14/18
arrest [1] 11/21
arrive [2] 3/25 6/10
arrived [1] 9/2
arriving [1] 17/20
asked [2] 15/4 15/5
asking [2] 12/3 15/10
assessment [2] 19/6 19/10
assessments [1] 19/3
Assistant [1] 1/18
ASSOCIATES [1] 2/4
Attorney [1] 1/18
August [1] 13/11
authority [1] 10/8
Avenue [1] 2/2
avoid [2] 11/24 12/4

**B**

back [1] 20/2
background [3] 3/24 6/12 6/14
balancing [1] 12/24
BARET [3] 2/6 2/7 3/16
base [1] 7/21
based [13] 4/6 7/11 9/1 9/10 10/24 12/2 13/17 14/6 14/19 15/12 17/3 18/6 21/24
basically [1] 4/10
behalf [5] 3/7 3/11 3/17 3/19 15/5
believe [1] 9/22
best [3] 15/22 22/12 22/25
beyond [1] 17/2
bit [2] 7/11 16/5
blames [1] 15/7
BOP [2] 20/18 21/19
BOP's [1] 21/17
Boulevard [2] 1/24 2/10
boyfriend [2] 13/15 22/3
break [1] 7/6
brief [1] 4/18
bright [1] 20/1
bright-line [1] 20/1
Broward [1] 1/24
bullets [1] 22/8
Bureau [2] 18/8 18/15

**C**

calculated [2] 11/20 18/3
Call [1] 3/1
called [1] 6/10
care [2] 10/9 23/5

case [19] 1/2 3/22 3/24 5/17 6/2 6/12 6/13 9/13 11/5 11/6 11/22 12/25 13/10 13/12 14/12 16/18 16/24 20/17 22/6
cases [1] 17/16
category [4] 7/25 8/25 8/25 10/3
certainly [5] 9/16 12/8 12/11 13/7 20/6
Certified [1] 23/11
certify [1] 23/11
characteristics [2] 11/17 11/22
choose [2] 19/24 20/3
circumstances [6] 6/13 6/14 11/8 13/10 14/20 20/23
cited [1] 8/4
clean [1] 12/15
clear [1] 12/20
client [2] 19/19 22/9
close [4] 20/6 20/19 21/1 21/6
closest [1] 20/22
CM [1] 5/21
CM/ECF [1] 5/21
co-counsel [1] 3/12
coconspirators [1] 11/13
Code [1] 18/1
come [4] 4/19 5/7 8/16 17/17
comes [1] 12/24
committed [2] 13/10 18/8
communications [1] 14/12
community [1] 11/14
COMOLLI [15] 1/17 3/6 4/13 5/25 7/10 9/23 10/17 11/4 13/21 16/13 17/6 19/14 20/9 21/9 22/19
Comolli's [1] 6/15
completely [1] 16/4
comply [4] 13/20 14/2 18/18 18/23
computation [2] 7/20 10/7
concern [1] 15/6
concerned [1] 17/10
concerning [1] 17/13
concluded [1] 23/7
concurrently [2] 18/10 18/14
conditions [2] 18/19 18/24
conduct [2] 12/20 13/10
conducts [1] 12/1

**C**

confirm [1] 15/18
consent [2] 12/25 13/13
consider [3] 7/14 10/14 12/9
consideration [3] 6/1 11/15 12/16
considered [1] 17/23
considering [2] 11/16 14/8
Consistent [1] 19/11
consists [1] 18/13
conspiracy [1] 11/9
consult [1] 4/10
contact [1] 9/18
continued [1] 2/1
controlled [1] 7/23
conversations [1] 3/23
converted [1] 17/7
cooperate [2] 18/25 19/2
cooperated [2] 13/2 13/15
correct [6] 5/23 8/3 8/18 17/6 22/10 23/12
corrections [2] 7/15 8/22
cost [1] 20/5
counsel [2] 3/12 14/11
count [3] 16/25 20/9 20/12
Count 2 [2] 16/25 20/9
counts [5] 16/21 16/24 18/10 18/13 19/7
course [5] 4/1 5/14 13/3 13/8 19/17
court [20] 1/1 1/23 3/1 5/1 8/19 9/4 9/10 9/11 9/25 13/24 14/7 14/20 15/4 15/10 17/13 18/7 19/15 20/20 21/5 21/19
Court's [4] 17/10 19/19 20/21 21/14
courtroom [1] 5/9
cover [1] 4/25
coversheet [1] 6/15
CR [1] 1/2
crime [1] 12/20
crimes [1] 12/12
criminal [10] 7/25 8/24 8/25 9/13 9/18 10/2 11/9 11/20 13/6 13/17
current [2] 14/15 22/3
custody [1] 18/16

**D**

dangerous [3] 7/22 8/2 21/18
Dated [1] 23/14
day [3] 11/19 20/2 23/14
days [1] 19/25
decade [1] 11/21
decision [1] 16/10
decrease [2] 7/24 10/2
defendant [12] 1/8 2/2 11/13 11/17 11/18 12/12 12/14 13/9 13/13 15/18 15/24 18/7
defendant's [1] 19/12
defendants [2] 11/25 12/5
defense [2] 5/19 6/25
defer [2] 8/19 9/25
delete [1] 22/1
deleted [1] 21/16
deleting [2] 21/22 22/10
deletions [2] 7/15 8/22
demands [1] 13/7
demonstrates [1] 12/20
deterrence [1] 18/4
deterrent [1] 12/9
didn't [1] 15/13
difference [1] 8/14
different [3] 14/4 16/5 22/15
difficult [1] 7/11
directly [1] 15/18
discuss [2] 7/6 14/25
dismiss [1] 20/12
dismissal [1] 16/25
disparities [1] 11/25
disparity [1] 12/4
disrespect [1] 12/20
distribute [1] 12/22
distributing [1] 7/23
distribution [1] 11/9
district [4] 1/1 1/1 1/14 18/17
docket [4] 5/18 5/19 5/19 6/5
document [3] 6/9 6/17 6/22
documents [2] 5/13 6/7
doing [1] 14/16
drug [2] 12/15 17/8
drugs [2] 12/22 13/2
due [1] 11/8
duly [1] 15/24

**E**

early [1] 15/9
East [1] 1/24
ECF [1] 5/21
either [2] 15/12 19/19
ELAN [2] 2/7 3/16
eligible [1] 9/12
ended [1] 13/16
ends [1] 17/4
enforcement [3] 13/1 13/5 13/16
engaging [1] 12/9
enhancement [1] 8/6
enter [1] 20/21
entitled [1] 23/13
entry [4] 5/18 5/19 5/19 19/25
ERIC [2] 2/4 3/14
ESQ [4] 2/2 2/4 2/7 2/9
essence [1] 6/11
everybody [1] 4/15
exactly [1] 17/6
example [2] 22/2 22/20
exceptions [3] 9/14 9/19 9/21
experience [1] 17/17
explained [4] 14/10 14/12 14/14 14/17
express [1] 15/6
extent [1] 5/9
extremely [1] 14/11

**F**

face [1] 16/20
facility [2] 20/19 20/23
facing [1] 13/8
fact [2] 17/19 19/20
factored [1] 11/23
factors [5] 11/7 13/18 14/1 14/19 17/25
factual [3] 5/14 10/13 10/15
failed [2] 5/22 6/5
fair [3] 3/25 6/10 11/5
fall [1] 9/14
family [5] 5/4 14/10 14/16 20/20 21/6
fantastic [1] 20/8
FCRR [2] 1/23 23/17
February [1] 9/9
Federal [1] 23/10
feel [2] 7/5 9/19
fell [1] 13/3
fifteenth [1] 20/1
file [3] 19/24 20/1 22/18
filed [3] 7/11 7/17 14/5
finally [1] 12/17

finding [2] 18/3 19/20
fine [1] 18/6
fines [1] 19/3
firearm [1] 22/2
first [3] 3/4 11/7 21/2
five [3] 18/12 18/13 19/9
FL [3] 2/5 2/8 2/10
flood [1] 11/14
FLORIDA [9] 1/1 1/8 1/19 1/24 2/3 11/14 20/19 21/1 21/6
follow [1] 12/21
following [2] 5/1 18/23
foregoing [1] 23/11
forensic [1] 5/20
forfeit [1] 19/15
forfeiture [2] 19/12 19/15
forma [1] 20/4
formally [1] 9/18
formulating [1] 9/2
Fort [4] 1/8 1/24 2/3 2/5
forth [2] 13/20 17/25
forward [3] 5/3 7/12 22/14
found [2] 12/1 13/1
four [1] 7/21
FREE [1] 2/9
front [3] 4/16 5/12 15/4
further [8] 5/10 6/7 8/15 10/15 12/12 14/9 16/11 22/24

**G**

go [9] 4/4 4/16 6/19 6/21 7/12 10/2 16/10 17/14 21/12
going [16] 3/23 4/8 4/14 5/2 6/24 7/12 8/14 8/21 8/24 9/16 10/5 14/13 18/3 18/5 22/14 22/17
Good [8] 3/6 3/8 3/9 3/10 3/14 3/16 3/18 3/20
governed [1] 17/19
government [13] 1/17 3/5 8/5 10/25 11/11 13/6 13/18 15/8 16/14 16/25 20/12 20/13 20/14
government's [5] 8/5 9/5 9/22 11/23 14/7
granted [1] 21/19
granting [2] 9/5 9/11
great [3] 6/8 21/13 22/25
greater [2] 13/19 14/2

guideline [1] 18/2
guidelines [1] 17/25
guilty [3] 10/20 12/1 13/13
gun [1] 22/7

**H**

half [1] 11/16
hand [2] 15/23 16/2
handgun [1] 22/4
hard [4] 16/18 16/23 17/3 23/1
health [1] 19/1
heard [2] 4/11 9/24
hearing [5] 3/3 4/1 4/4 4/10 7/5
held [1] 5/1
help [1] 12/22
high [1] 11/10
Hill [2] 10/5 15/13
Hill's [1] 6/17
history [9] 7/25 8/25 8/25 9/13 10/3 11/17 11/20 13/7 13/17
hit [1] 9/15
Hollywood [3] 2/8 2/10 2/10
Honor [40]
HONORABLE [1] 1/13
hours [1] 18/15

**I**

I'll [3] 3/11 19/11 22/19
I'm [6] 4/14 7/20 8/24 9/17 18/3 18/5
I've [4] 5/13 14/10 18/6 21/3
immediate [1] 19/5
immediately [1] 12/24
immigration [3] 18/24 18/25 20/24
important [1] 11/14
impose [3] 13/25 14/20 18/1
imposed [2] 19/19 19/23
imprisoned [1] 18/9
imprisonment [4] 13/19 18/11 18/25 19/9
inaccurate [2] 22/5 22/21
incorporated [1] 18/22
increase [1] 7/22
indictment [2] 5/14 20/12
individually [1] 4/15
information [1] 5/20
initially [1] 7/20

**I**

**innocence [1]** 16/6
**intended [1]** 11/14
**interest [1]** 19/12
**investigated [1]**
 10/25
**investigation [12]**
 5/16 5/18 6/11 6/12
 7/10 7/16 8/23 10/6
 10/14 17/8 17/11
 21/16
**involved [3]** 11/10
 14/11 17/7
**issue [2]** 9/6 22/18
**issues [2]** 10/13
 10/24
**it's [9]** 5/8 6/14 7/10
 12/21 16/4 16/4 17/16
 18/7 20/2

**J**

**JASON [2]** 2/2 3/10
**job [1]** 20/8
**JUDGE [8]** 1/14 3/14
 11/6 11/17 12/17
 12/23 13/9 23/6
**judgment [2]** 18/7
 19/25
**July [1]** 23/14

**K**

**keep [1]** 5/2
**kind [2]** 9/15 16/20
**know [11]** 5/7 5/10
 5/21 7/7 10/5 14/24
 16/3 17/13 20/20
 21/14 22/1
**KOL [22]** 1/7 3/3 3/11
 3/15 3/17 3/19 3/21
 6/9 7/4 9/11 10/19
 14/17 14/23 15/3
 15/22 16/1 16/21
 17/14 18/5 18/8 19/22
 22/2
**Kol's [2]** 14/10 20/23
**KREISS [18]** 2/2 3/10
 4/7 4/14 5/3 5/21 6/4
 6/24 8/1 8/21 10/12
 13/23 14/22 16/7
 17/14 19/18 20/7
 20/16
**Kreiss's [2]** 6/16 8/9

**L**

**late [1]** 20/2
**Lauderdale [4]** 1/8
 1/24 2/3 2/5
**law [8]** 2/6 2/9 12/21
 13/1 13/4 13/7 13/15
 19/22
**laws [1]** 12/21
**lawyer [1]** 7/6
**lawyers [11]** 3/23 4/5
 4/9 6/19 10/24 10/25

6/ Document 65
 17/17 20/7
**leave [2]** 8/12 20/4
**legal [1]** 10/15
**length [1]** 6/15
**level [10]** 7/20 7/21
 7/25 8/8 8/10 8/13
 8/24 8/25 9/7 10/7
**levels [6]** 7/21 7/24
 8/15 8/16 9/12 10/2
**life [2]** 10/21 16/22
**line [1]** 20/1
**lion's [1]** 6/25
**listen [1]** 16/17
**little [3]** 7/10 16/5
 22/15
**living [1]** 13/15
**location [1]** 20/21
**locked [1]** 12/13
**long [1]** 17/13
**look [3]** 17/7 22/19
 22/19
**looking [3]** 5/20
 10/20 10/22
**lot [4]** 10/19 17/6
 17/19 20/25
**low [2]** 18/2 20/5
**luck [1]** 23/1

**M**

**main [1]** 6/9
**mandatory [3]** 10/21
 16/23 18/19
**manner [1]** 19/20
**manufacturing [1]**
 7/23
**marshals [1]** 4/8
**matter [1]** 23/13
**matters [1]** 5/7
**mean [2]** 9/16 17/14
**means [2]** 3/22 20/5
**members [1]** 14/16
**memorandum [2]**
 5/21 14/6
**mental [1]** 19/1
**mention [1]** 6/5
**mentioned [4]** 12/7
 12/18 12/18 21/14
**mentions [1]** 22/15
**mercy [1]** 15/10
**Merit [1]** 23/10
**meth [3]** 11/9 11/13
 13/4
**metrics [1]** 21/20
**Miami [1]** 1/19
**mind [1]** 4/14
**minutes [1]** 5/3
**moment [2]** 8/10
 14/25
**moments [1]** 16/25
**month [1]** 8/1
**months [13]** 8/8 8/11
 10/4 10/23 11/1 12/4
 13/25 14/1 14/21 17/3

/5 10/9 18/5
**months' [2]** 13/18
 19/8
**morning [8]** 3/6 3/10
 3/14 3/16 3/18 3/20
 14/14 15/5
**mother's [1]** 13/14
**motion [1]** 22/18
**move [1]** 8/12
**Mr. [20]** 4/7 4/7 4/14
 5/3 5/21 6/4 6/16 6/24
 8/1 8/9 8/21 10/12
 13/23 14/22 16/7
 17/14 19/18 20/7 20/7
 20/16
**Mr. Kreiss [16]** 4/7
 4/14 5/3 5/21 6/4 6/24
 8/1 8/21 10/12 13/23
 14/22 16/7 17/14
 19/18 20/7 20/16
**Mr. Kreiss's [2]** 6/16
 8/9
**Mr. Schwartzreich
 [2]** 4/7 20/7
**Ms [2]** 11/4 17/6
**Ms. [31]**
**Ms. Comolli [11]**
 4/13 5/25 7/10 9/23
 10/17 13/21 16/13
 19/14 20/9 21/9 22/19
**Ms. Comolli's [1]**
 6/15
**Ms. Hill [2]** 10/5
 15/13
**Ms. Hill's [1]** 6/17
**Ms. Kol [14]** 3/19
 3/21 6/9 7/4 9/11
 10/19 14/17 14/23
 15/3 15/22 16/21
 17/14 18/5 19/22
**Ms. Kol's [2]** 14/10
 20/23

**N**

**name [8]** 4/15 6/15
 6/16 6/16 6/16 6/17
 15/25 16/1
**narcotics [1]** 11/12
**nature [2]** 11/7 14/6
**NE [1]** 1/18
**necessary [2]** 13/20
 14/2
**need [11]** 4/5 4/5
 5/10 5/11 6/21 7/5 7/6
 7/11 11/24 15/20
 17/12
**nervous [1]** 15/5
**never [1]** 12/6
**nice [2]** 3/20 23/2
**nine [5]** 12/3 12/5
 12/7 13/8 13/19
**noted [1]** 19/4
**notice [1]** 19/25
**November [1]** 13/11

number [2] /0/
 10/24
**numbers [1]** 10/19

**O**

**object [1]** 19/19
**objection [8]** 8/5 9/6
 19/21 21/9 21/19
 21/23 21/24 22/19
**objections [10]** 5/17
 7/11 7/15 8/22 9/1
 9/10 9/11 10/13 10/16
 21/15
**obvious [1]** 16/17
**obviously [1]** 14/23
**offender [3]** 8/15
 9/12 9/17
**offenders [1]** 9/8
**offense [7]** 7/19 7/21
 8/8 10/7 11/8 11/19
 12/18
**office [1]** 18/16
**Official [1]** 1/23
**Okay [20]** 3/2 4/11
 5/2 5/5 5/24 7/7 7/19
 8/20 9/15 10/10 10/17
 13/21 14/22 15/11
 16/13 16/17 17/2
 21/12 21/22 22/23
**once [1]** 16/25
**open [3]** 5/1 5/8 5/9
**opportunity [3]** 6/18
 12/15 14/23
**opposed [1]** 4/15
**order [6]** 3/1 15/20
 18/22 19/5 19/11
 19/15
**ought [1]** 17/18
**outstanding [1]** 9/6

**P**

**page [2]** 7/13 9/22
**pages [1]** 6/14
**papers [4]** 8/6 8/7 8/9
 18/6
**paragraph [8]** 7/22
 7/22 8/2 17/8 21/16
 21/23 22/2 22/11
**paragraphs [4]** 10/8
 17/11 18/21 18/21
**part [3]** 12/15 18/20
 19/4
**particular [2]** 11/5
 14/7
**particularly [1]** 17/7
**parties [4]** 4/18 9/5
 14/8 17/23
**pauperis [1]** 20/4
**pay [1]** 18/5
**payment [1]** 19/5
**permissible [1]** 19/2
**permission [1]** 4/6
**person [1]** 18/16
**personal [2]** 11/22

**petty [1]** 9/18
**phone [1]** 12/25
**phones [1]** 13/14
**phrase [1]** 21/5
**picking [1]** 13/4
**pickup [1]** 13/5
**placed [1]** 18/11
**placement [2]** 20/17
 21/17
**places [1]** 22/15
**Plaintiff [1]** 1/5
**plea [3]** 5/15 9/2
 19/11
**pleaded [1]** 13/13
**please [2]** 10/8 15/19
**pled [1]** 10/20
**plus [2]** 7/22 7/24
**point [5]** 8/15 9/8
 9/12 9/17 11/20
**points [1]** 13/17
**portion [1]** 5/6
**position [1]** 14/7
**possible [3]** 20/19
 21/1 21/6
**potential [1]** 12/4
**pounds [1]** 13/4
**practice [1]** 20/21
**Preference [2]** 21/7
 21/8
**preparation [1]** 16/18
**prepared [2]** 6/17
 14/5
**presence [1]** 3/24
**presentation [1]** 4/11
**presented [1]** 10/25
**presentence [14]**
 5/16 5/17 6/11 7/10
 7/16 8/23 10/6 10/14
 17/8 17/11 17/24
 18/20 19/4 21/16
**presumption [1]** 16/6
**previous [1]** 9/17
**previously [2]** 13/13
 13/15
**primarily [1]** 11/13
**prior [3]** 9/13 11/18
 11/21
**prison [4]** 10/21
 11/19 12/6 16/22
**Prisons [2]** 18/8
 18/15
**probation [2]** 7/20
 18/16
**problem [1]** 21/22
**proceedings [5]** 1/12
 5/1 19/1 23/7 23/12
**process [1]** 14/13
**proffer [1]** 5/15
**promise [1]** 7/4
**pronounced [1]**
 19/20
**property [1]** 19/13
**protect [1]** 12/11

**P**

provide [3] 12/14 18/4 19/15
provided [2] 12/25 13/13
PSR [2] 10/16 21/18
public [1] 12/11
pull [1] 6/6
punishable [1] 16/22
punishment [2] 12/24 18/4
purposes [3] 3/22 13/20 14/2
pursuant [2] 12/12 13/25
put [3] 3/12 10/3 16/2

**Q**

qualify [1] 9/21
question [2] 9/16 12/19

**R**

RAAG [1] 1/13
raise [1] 15/22
range [8] 8/1 8/9 8/13 10/3 10/22 11/1 17/4 18/2
rare [1] 17/16
ratifying [3] 9/4 9/10 14/8
read [2] 6/18 17/12
reads [1] 22/2
really [4] 5/9 21/4 21/23 23/1
Realtime [1] 23/11
reasonable [1] 14/1
reasons [2] 8/4 13/12
receive [1] 12/15
recognizes [2] 11/18 13/6
recommendation [4] 11/24 17/18 17/21 20/18
recommendations [1] 20/25
recommends [1] 13/18
record [3] 4/20 17/12 23/12
records [1] 12/1
reducing [1] 17/21
reduction [2] 8/15 9/7
refer [1] 4/14
reference [4] 10/16 18/22 21/18 22/1
referenced [1] 18/20
regard [4] 7/9 7/19 16/7 20/9
Registered [1] 23/10
regular [1] 14/12
relates [1] 6/12

relationship [1] 13/16
relatively [1] 11/11
release [4] 18/11 18/12 18/15 19/9
released [1] 18/17
remaining [1] 20/12
remembrance [1] 22/6
remorse [1] 15/6
removal [2] 18/24 19/1
report [17] 5/16 5/17 5/18 6/11 6/11 7/10 7/16 8/23 10/6 10/14 17/9 17/12 17/24 18/16 18/20 19/4 21/17
Reporter [4] 1/23 1/23 23/10 23/11
representing [1] 3/15
request [1] 21/10
require [1] 10/5
requires [1] 7/7
residence [1] 22/3
resolved [1] 16/24
respect [1] 13/7
responsibility [2] 15/7 15/9
restitution [1] 19/3
review [1] 6/19
reviewed [1] 17/24
right [15] 3/11 4/13 6/8 7/9 8/7 10/1 10/17 11/4 14/23 15/3 15/23 16/3 16/13 19/12 19/22
RMR [2] 1/23 23/17
roughly [1] 10/23
rule [1] 20/1
run [1] 18/13

**S**

safety [1] 12/2
satisfactory [1] 16/14
scenario [1] 14/15
SCHWARTZREICH [5] 2/4 2/4 3/15 4/7 20/7
scoring [1] 17/2
SE [2] 2/2 2/5
seal [3] 5/6 5/9 5/20
sealed [3] 4/21 4/23 4/25
search [3] 12/25 13/14 19/3
seated [1] 3/11
seating [1] 4/7
security [1] 21/20
see [5] 3/8 3/9 3/20 8/17 22/17
seeing [1] 23/2
seek [2] 16/25 19/1

seeking [2] 6/5 9/7
seen [1] 18/6
sentence [18] 3/25 6/10 10/21 11/5 11/25 13/18 13/25 14/1 14/20 17/18 18/1 18/4 18/9 19/8 19/18 19/20 19/23 22/18
sentenced [1] 19/24
sentencing [13] 1/12 3/2 3/22 5/6 5/21 10/22 11/1 12/4 14/3 17/1 17/4 17/21 18/22
separate [1] 4/25
serious [4] 11/8 11/11 12/18 13/9
seriously [1] 11/12
serve [2] 12/8 12/11
served [1] 18/10
set [2] 13/20 17/25
share [1] 6/25
she'll [2] 12/13 18/16
Sheridan [1] 2/7
showing [2] 7/21 9/17
side [2] 15/12 20/17
sidebar [4] 4/18 4/25 5/5 5/10
sides [1] 17/4
significant [3] 12/13 14/5 17/16
similar [2] 11/25 12/1
similarly [1] 12/5
similarly-situated [1] 12/5
simple [1] 12/21
SINGHAL [2] 1/2 1/13
single [1] 11/19
situated [1] 12/5
situation [4] 9/8 14/4 14/7 15/10
solid [1] 12/9
somewhat [1] 14/4
South [4] 11/14 20/19 21/1 21/6
SOUTHERN [1] 1/1
speak [2] 4/5 4/7
speaking [1] 6/25
special [4] 18/23 19/3 19/6 19/10
specific [1] 20/21
specifically [4] 18/21 21/2 21/3 21/15
spent [1] 11/19
spoken [1] 7/1
stand [1] 8/6
standard [1] 18/19
started [3] 4/17 16/21 17/22
stated [1] 22/2
statement [2] 4/3 16/3
statements [1] 17/23

STATES [9] 1/1 1/4 1/18 3/3 3/7 5/18 11/18 18/1 19/6
status [1] 20/24
statutory [1] 17/25
Street [3] 1/18 2/5 2/7
substance [2] 7/23 19/2
substantial [4] 12/5 12/8 12/14 12/19
suffice [1] 22/11
sufficient [3] 13/19 17/15 18/4
suggest [1] 4/6
Suite [1] 2/10
supervised [2] 18/12 19/9
supervision [2] 18/18 18/19
sure [8] 3/13 4/19 5/13 15/20 16/16 21/5 22/12 22/16
surrender [1] 18/24
sustained [1] 21/24
swear [1] 15/20
sworn [1] 15/24
system [1] 9/18

**T**

table [2] 8/13 22/8
take [8] 4/23 5/3 10/8 11/15 14/25 19/24 20/3 23/5
takes [1] 11/11
talk [2] 3/21 16/20
talked [2] 15/2 16/7
talking [2] 12/19 21/15
Tallahassee [5] 20/22 21/2 21/3 21/7 21/8
team [1] 20/7
tell [3] 5/12 15/25 17/10
ten [3] 9/19 10/21 16/22
ten-year [2] 10/21 16/22
term [3] 16/23 18/12 18/12
terms [4] 8/9 10/12 17/18 22/8
testify [1] 14/15
thank [10] 6/3 10/11 13/21 14/22 15/11 16/15 20/15 23/3 23/4 23/6
theft [1] 9/18
thing [1] 12/23
things [2] 4/4 14/13
think [14] 4/8 5/10 6/1 6/24 8/14 11/5 17/12 17/19 20/22

1/18 3/3 3/7 5/18 11/18 18/1 19/6
22/20
three [2] 7/24 16/21
time [11] 4/2 6/21 7/7 12/2 12/6 12/8 12/13 12/14 13/9 13/16 20/11
title [1] 19/12
today [7] 3/2 3/21 6/25 7/2 16/11 18/3 20/8
told [1] 21/25
total [2] 8/8 19/8
totality [1] 14/19
touch [1] 20/6
tough [1] 11/6
transcript [3] 1/12 5/6 23/12
treatment [3] 12/15 19/1 19/2
trial [1] 16/5
try [1] 3/24
Tsavi [2] 3/15 3/17
TSVIA [4] 1/7 3/3 16/1 18/8
turn [1] 12/17
turning [1] 11/7
Tvsia [1] 3/11
two [9] 7/22 7/24 8/14 8/16 9/7 9/12 10/2 14/24 22/18
two-level [1] 9/7
two-sentence [1] 22/18
tying [1] 22/8
type [3] 11/9 12/10 12/20
typically [2] 3/23 5/8

**U**

U.S [1] 1/14
understand [2] 11/2 14/16
understands [2] 14/18 15/3
Understood [2] 22/13 22/22
UNITED [9] 1/1 1/4 1/18 3/3 3/7 5/18 11/18 18/1 19/5
unloaded [1] 22/7
unpaid [1] 19/3
unresolved [2] 7/15 8/21
unwarranted [1] 11/25
utilize [1] 6/9

**V**

valve [1] 12/2
versus [1] 3/3
visitation [2] 20/20 21/6
volume [1] 11/10

**V**

**voluntarily [1]**  13/3

**W**

**walk [2]**  2/9 4/9
**want [15]**  4/8 4/11
 4/15 4/19 5/13 7/4
 8/12 9/23 10/14 14/25
 15/1 15/19 16/8 20/9
 21/4
**we've [3]**  14/12 14/14
 14/17
**weapon [3]**  7/22 8/2
 21/18
**week [1]**  19/16
**weight [4]**  11/10
 11/11 12/19 17/7
**weights [1]**  17/8
**well [9]**  3/12 5/15
 6/16 7/5 10/18 11/21
 11/24 16/17 22/4
**well-done [1]**  5/15
**went [5]**  9/9 10/19
 16/18 17/20 23/1
**wish [2]**  4/2 22/25
**work [6]**  14/13 16/18
 16/23 17/3 17/20 23/1
**written [1]**  7/20

**Y**

**YAKOVLEV [2]**  2/9
 3/19
**year [2]**  10/21 16/22
**years [9]**  9/19 10/24
 12/3 12/5 12/7 13/8
 13/19 18/12 18/13
**years' [1]**  19/9

**Z**

**zero [4]**  8/15 9/8 9/12
 9/17